IN THE COURT OF APPEALS, THIRD DISTRICT OF TEXAS,



AT AUSTIN



 




NO. 3-90-245-CR




KELLY HUNKA,


 APPELLANT


vs.




THE STATE OF TEXAS,



 APPELLEE


 



FROM THE DISTRICT COURT OF TRAVIS COUNTY, 167TH JUDICIAL DISTRICT


NO. 101,185, HONORABLE BOB JONES, JUDGE



 




PER CURIAM


 This is an appeal from a conviction for drug possession. Punishment was assessed
at confinement for 10 years and a $2000 fine, probated.

 Appellant has filed a motion to withdraw the appeal. No decision of this Court has
been delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. Ann.
59(b) (Pamph. 1991).



[Before Chief Justice Carroll, Justices Aboussie and Kidd]

Dismissed On Appellant's Motion

Filed: September 11, 1991

[Do Not Publish]







September 11, 1991






Mr. Larry J. Dowling

Dowling & Wilson, P.C.

2003 North Lamar

Austin, Texas 78705


Honorable Ronald Earle

District Attorney

Travis County Courthouse

P. O. Box 1748

Austin, Texas 78767


 Re: No. 3-90-245-CR--Kelly Hunka v. The State
of Texas (t/c no. 101,185)


Counsel:


You are hereby notified that appellant's motion to dismiss appeal in the above cause was this day
submitted and granted. The appeal is dismissed on appellant's motion.


A copy of this Court's opinion and judgment are enclosed in accordance with Rule 91, Texas
Rules of Appellate Procedure.


The Court's mandate has been issued this date to the clerk of the trial court under separate cover.


 Very truly yours,


 SUSAN K. BAGE, CLERK


 By

 Barbara E. Chapman, Deputy

Enclosures


xc: State Prosecuting Attorney

 Clerk, Court of Criminal Appeals

 Honorable Bob Jones, District Judge

 Ms. Amalia Rodriguez-Mendoza, District Clerk

MR. LARRY J. DOWLING

DOWLING & WILSON, P.C.

2003 NORTH LAMAR

AUSTIN, TX 78705

HONORABLE RONALD EARLE

DISTRICT ATTORNEY

TRAVIS COUNTY COURTHOUSE

P. O. BOX 1748

AUSTIN, TX 78767